```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| DARR Lazers, LLC<br><br>      Plaintiff,<br><br>  -v-<br><br>Pro-Line Solutions, Inc.<br><br>      Defendant. | 22-cv-8597(JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

    On March 28, 2023, the Court held a telephonic status conference in the above-captioned case at which counsel for all parties were present. Counsel have informed the Court that the parties have reached a settlement in principle. Accordingly, the Court hereby dismisses this case with prejudice, with leave to any party to move within 30 days from the date hereof to reopen the case if the settlement is not fully effectuated.

    SO ORDERED.

New York, NY  
March 28, 2023

                                                _____  
                                                JED S. RAKOFF, U.S.D.J.